IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EDWIN ANIBAL RODRIGUEZ AGOSTO
xxx-xx-4873

DEBTOR

CASE NO. 24-03032 MCF

CHAPTER 13

## DEBTOR'S NOTICE OF FILING OF *AMENDED SCHEDULE "C"* *OFFICIAL FORM 106C*

TO THE HONORABLE COURT:

COMES NOW, **EDWIN ANIBAL RODRIGUEZ AGOSTO,** the Debtor in the above captioned case, through the undersigned attorney and very respectfully states and prays as follows:

1. The Debtor is hereby submitting *Amended Schedule "C"* dated September 19, 2024, herewith and attached to this motion.

2. The amendment to Schedule "C" is filed to **claim the correct amount for the Debtor's 50% property interest under Section 522(d)(1) in a residential real property located at Paseo Salvatierra San Lorenzo, Puerto Rico,** in the above captioned case.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the Debtor and to all creditors and interested parties (non CM/ECF participants) appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 19th day of September, 2024.

*/s/Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699; 787-963-7699
Email: rfc@rfigueroalaw.com

Fill in this information to identify your case:

Debtor 1    **EDWIN**    **ANIBAL**    **RODRIGUEZ AGOSTO**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of    **Puerto Rico**

Case number    **24-03032-13**
(if known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **901 ZIRCONIA STREET PASEOS SALVATIERRA J-1 901 ZIRCONIA STREET San Lorenzo, PR 00754**<br>Line from *Schedule A/B*: **1.1** | $110,600.00 | ☑   $14,853.50<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |

3. Are you claiming a homestead exemption of more than $189,050?
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

Debtor 1  EDWIN  ANIBAL  RODRIGUEZ AGOSTO  Case number *(if known)* 24-03032-13
            First Name    Middle Name    Last Name

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2000 Ford F150 VIN: 1FTZF1728YNB31713<br>Line from Schedule A/B: 3.2 | $1,957.00 | ☑ $1,957.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description: 2004 Anderson MFG TRAILER VIN: 4YNBN12104C024530<br>Line from Schedule A/B: 4.1 | $350.00 | ☑ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Household goods and furnishings (beds, sofas, tables others)<br>Line from Schedule A/B: 6 | $2,500.00 | ☑ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: One (1) refrigerator<br>Line from Schedule A/B: 6 | $800.00 | ☑ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: One (1) stove<br>Line from Schedule A/B: 6 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: One (1) washing machine<br>Line from Schedule A/B: 6 | $400.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: One (1) dryer<br>Line from Schedule A/B: 6 | $400.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: One (1) water cistern<br>Line from Schedule A/B: 6 | $700.00 | ☑ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Official Form 106C      Schedule C: The Property You Claim as Exempt      page 2 of 3

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: One (1) microwave oven <br> Line from Schedule A/B: 7 | $60.00 | ☑ $60.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: One (1) TV Set 32" <br> Line from Schedule A/B: 7 | $55.00 | ☑ $55.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Clothing and personal effects <br> Line from Schedule A/B: 11 | $400.00 | ☑ $400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: One (1) dog (Lhasa Apso) <br> Line from Schedule A/B: 13 | $300.00 | ☑ $300.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Cash on hand <br> Line from Schedule A/B: 16 | $25.00 | ☑ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: USAA Federal Savings Bank Checking account Acct. No.: 7498 <br> Line from Schedule A/B: 17 | $11.00 | ☑ $11.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

## Fill in this information to identify your case:

Debtor 1: **EDWIN** (First Name) **ANIBAL** (Middle Name) **RODRIGUEZ AGOSTO** (Last Name)

Debtor 2 (Spouse, if filing): _____ (First Name) _____ (Middle Name) _____ (Last Name)

United States Bankruptcy Court for the: **District of Puerto Rico**

Case number (if known): **24-03032-13**

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _[signature]_
EDWIN ANIBAL RODRIGUEZ AGOSTO, Debtor 1

Date 9/19/2024
MM/ DD/ YYYY

Label Matrix for local noticing
0104-3
Case 24-03032-MCF13
District of Puerto Rico
Old San Juan
Thu Sep 19 11:19:20 AST 2024

FIRST BANK PUERTO RICO
PO BOX 9146
SAN JUAN, PR 00908-0146

AAFES
Attn: Bankruptcy
PO Box 650060
Dallas, TX 75265-0060

Army & Air Force Exchange Services
Attention: GC-G
3911 S. Walton Walker Blvd.
Dallas, TX 75236-1509

COOP A/C LA SAGRADA FAMILIA
PO BOX 102
COROZAL PR 00783-0102

Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831-0405

FIRSTBANK
CONSUMER SERVICE CENTER
BANKRUPTCY DIVISION -(CODE 248)
PO BOX 9146, SAN JUAN PR 00908-0146

First Federal Savings Bank/ Firstbank PR
Attn: Bankruptcy
PO Box 9146
San Juan, PR 00908-0146

IC System Inc
Banfield Pet Hospital
PO Box 64378
Saint Paul, MN 55164-0378

MUEBLERIAS BERRIOS
PO BOX 674
CIDRA, P.R. 00739-0674

COOP A/C LA SAGRADA FAMILIA
CALLE BOU #38
PO BOX 102
COROZAL, PR 00783-0102

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818

Carib Fed Cu
Ofic 733 Fed Bldg
Hato Rey, PR 00918

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION 424 B
PO BOX 9024140
SAN JUAN, PR 00902-4140

First Bank
PO Box 13817
San Juan, PR 00908-3800

Freedom Road Financial
Attn: Bankruptcy Attn: Bankruptcy
10509 Professional Circle , Suite 100
Reno, NV 89521-4883

Island Finan
attn: Bankruptcy 1863 Calle Loiza
San Juan, PR 00911

Omni Financial
Attn: Bankruptcy
PO Box 81844
Las Vegas, NV 89180-1844

DLJ MORTGAGE CAPITAL INC C/O SELECT PORTFOLI
LBRG LAW FIRM
PO BOX 65250
SALT LAKE CITY, UT 84165-0250

AAA
PO Box 70101
San Juan, PR 00936-8101

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Banco Popular de Puerto Rico
PO Box 362708
San Juan, PR 00936-2708

Caribe Federal Credit Union
195 O'neill St.
San Juan, PR 00918-2404

Empresas Berrios
Attn: Bankruptcy
PO Box 674
Cidra, PR 00739-0674

First Bank Puerto Rico
Attn: Bankruptcy/FirstLine Solutions
PO Box 9146
San Juan, PR 00908-0146

FreedomRoad Financial
10509 Professional Circle Ste 100
Reno, NV 89521-4883

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Omni Financial
PO Box 53628
Fayetteville, NC 28305-3628

| | | |
|---|---|---|
| SELECT PORTFOLIO SERVICING INC<br>ATTN: REMITTANCE PROCESSING<br>PO Box 65450<br>SALT LAKE CITY UT 84165-0450 | Synchrony Bank/Sams<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | EDWIN ANIBAL RODRIGUEZ AGOSTO<br>URB VILLA DEL CARMEN M2<br>ARECIBO STREET<br>CAGUAS, PR 00725 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | OSMARIE NAVARRO MARTINEZ<br>CHAPTER 13 TRUSTEE<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
PO Box 7999
St. Cloud, MN 56302-9617


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)First Federal Savings Bank/ Firstbank Pr
Attn: Bankruptcy
PO Box 9146
San Juan, PR 00908-0146

End of Label Matrix
Mailable recipients    35
Bypassed recipients     1
Total                  36